UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
JPMORGAN CHASE BANK, N.A.

**Order Filed on January 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
        Gina M. Ziegelhofer,

Debtor.

Case No.:  16-11300 VFP

Adv. No.:

Hearing Date:  1/4/2018 at 11am

Judge:  Vincent F. Papalia

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: January 25, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Gina M. Ziegelhofer
Case No:  16-11300 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, JPMORGAN CHASE BANK, N.A., Denise Carlon appearing, upon a motion to vacate the automatic stay as to a JF2SJADC8FH814814 2015 Subaru Forester, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Robert L. Sweeney, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 29, 2017, Debtors are due for the installment due December 20, 2017 for a total default of $323.87 (1 x $323.87); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $323.87 in a lump sum directly to Secured Creditor no later than January 31, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that regular installment payments are to resume January 20, 2018, directly to Secured Creditor outside of the plan; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the regular monthly installment payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.