Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–11300–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gina M. Ziegelhofer
2256 Margaret Ct
Mahwah, NJ 07430–3830

Social Security No.:
xxx–xx–9305

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/6/18 at 10:00 AM

to consider and act upon the following:

**50** – Creditor's Certification of Default (related document:40 Order on Motion For Relief From Stay) filed by Aleksander P. Powietrzynski on behalf of JPMORGAN CHASE BANK, N.A.. Objection deadline is 11/13/2018. (Attachments: # 1 Prior Conditional Order # 2 Supplemental Attorney Certification # 3 Creditor's Certification of Post Petition Payments # 4 Proposed Order # 5 Certificate of Service) (Powietrzynski, Aleksander)

**52** – Certification in Opposition to (related document:50 Creditor's Certification of Default (related document:40 Order on Motion For Relief From Stay) filed by Aleksander P. Powietrzynski on behalf of JPMORGAN CHASE BANK, N.A.. Objection deadline is 11/13/2018. (Attachments: # 1 Prior Conditional Order # 2 Supplemental Attorney Certification # 3 Creditor's Certification of Post Petition Payments # 4 Proposed Order # 5 Certificate of Service) filed by Creditor JPMORGAN CHASE BANK, N.A.) filed by Robert L. Sweeney on behalf of Gina M. Ziegelhofer. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

Dated: 11/14/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court