Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−11300−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Gina M. Ziegelhofer
  2256 Margaret Ct
  Mahwah, NJ 07430−3830

Social Security No.:
  xxx−xx−9305

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/6/18 at 10:00 AM

to consider and act upon the following:

*50* − Creditor's Certification of Default (related document:40 Order on Motion For Relief From Stay) filed by Aleksander P. Powietrzynski on behalf of JPMORGAN CHASE BANK, N.A.. Objection deadline is 11/13/2018. (Attachments: # 1 Prior Conditional Order # 2 Supplemental Attorney Certification # 3 Creditor's Certification of Post Petition Payments # 4 Proposed Order # 5 Certificate of Service) (Powietrzynski, Aleksander)

*52* − Certification in Opposition to (related document:50 Creditor's Certification of Default (related document:40 Order on Motion For Relief From Stay) filed by Aleksander P. Powietrzynski on behalf of JPMORGAN CHASE BANK, N.A.. Objection deadline is 11/13/2018. (Attachments: # 1 Prior Conditional Order # 2 Supplemental Attorney Certification # 3 Creditor's Certification of Post Petition Payments # 4 Proposed Order # 5 Certificate of Service) filed by Creditor JPMORGAN CHASE BANK, N.A.) filed by Robert L. Sweeney on behalf of Gina M. Ziegelhofer. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

Dated: 11/14/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Gina M. Ziegelhofer  
    Debtor

Case No. 16-11300-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 14, 2018  
                    Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.  
db        Gina M. Ziegelhofer,   2256 Margaret Ct,   Mahwah, NJ  07430-3830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2018 00:06:34  
          Capital One Auto Finance,   Ascension Capital Group, Inc.,   POB 201347,   Arlington, TX 76006-1347  
                                                        TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:  
          Aleksander P. Powietrzynski   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. alex@winstonandwinston.com  
          Andrew M. Lubin   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003-HE1 Mortgage Pass-Through Certificates, bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
          Andrew M. Lubin   on behalf of Creditor   Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003-HE1 Mortgage Pass-Through Certificates, Series 2003-HE1 bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
          Denise E. Carlon   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Rebecca Ann Solarz   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com  
          Robert L. Sweeney   on behalf of Debtor Gina M. Ziegelhofer rsweeneylaw@aol.com, G6120@notify.cincompass.com  
          Sean M. O'Brien   on behalf of Creditor   Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003-HE1 Mortgage Pass-Through Certificates, Series 2003-HE1 sobrien@flwlaw.com  
                                                                                                        TOTAL: 8