| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>    GINA M. ZIEGELHOFER | Order Filed on February 13, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  16-11300 VFP<br><br>Hearing Date:  2/7/2019 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 13, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  GINA M. ZIEGELHOFER

Case No.:  16-11300

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 02/07/2019 on notice to ROBERT L. SWEENEY, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $935.00 starting on 2/1/2019 for the remaining 24 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Gina M. Ziegelhofer  
    Debtor

Case No. 16-11300-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 13, 2019  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2019.  
db         Gina M. Ziegelhofer,    2256 Margaret Ct,    Mahwah, NJ  07430-3830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2019 at the address(es) listed below:

        Aleksander P. Powietrzynski    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. alex@winstonandwinston.com  
        Andrew M. Lubin    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003-HE1 Mortgage Pass-Through Certificates, bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Andrew M. Lubin    on behalf of Creditor   Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003-HE1 Mortgage Pass-Through Certificates, Series 2003-HE1 bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Denise E. Carlon    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com  
        Robert L. Sweeney    on behalf of Debtor Gina M. Ziegelhofer rsweeneylaw@aol.com, G6120@notify.cincompass.com  
        Sean M. O'Brien    on behalf of Creditor   Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003-HE1 Mortgage Pass-Through Certificates, Series 2003-HE1 DMcDonough@flwlaw.com  
                                                                     TOTAL: 8