Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−11300−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gina M. Ziegelhofer
   2256 Margaret Ct
   Mahwah, NJ 07430−3830

Social Security No.:
   xxx−xx−9305

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/21/19 at 10:00 AM

to consider and act upon the following:

**66** − Creditor's Certification of Default (related document:44 Motion for Relief from Stay re: 2256 Margaret Court, Mahwah, NJ 07430. Fee Amount $ 181. filed by Creditor Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003−HE1 Mortgage Pass−Through Certificates,, 46 Order on Motion For Relief From Stay) filed by Andrew M. Lubin on behalf of Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003−HE1 Mortgage Pass−Through Certificates, Series 2003−HE1. Objection deadline is 11/6/2019. (Attachments: # 1 Schedule A & B # 2 Proposed Order # 3 Certificate of Service) (Lubin, Andrew)

**67** − Certification in Opposition to (related document:66 Creditor's Certification of Default (related document:44 Motion for Relief from Stay re: 2256 Margaret Court, Mahwah, NJ 07430. Fee Amount $ 181. filed by Creditor Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003−HE1 Mortgage Pass−Through Certificates,, 46 Order on Motion For Relief From Stay) filed by Andrew M. Lubin on behalf of Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003−HE1 Mortgage Pass−Through Certificates, Series 2003−HE1. Objection deadline is 11/6/2019. (Attachments: # 1 Schedule A & B # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003−HE1 Mortgage Pass−Through Certificates, Series 2003−HE1) filed by Robert L. Sweeney on behalf of Gina M. Ziegelhofer. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

Dated: 11/7/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court