Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−11300−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gina M. Ziegelhofer
    2256 Margaret Ct
    Mahwah, NJ 07430−3830

Social Security No.:
    xxx−xx−9305

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/21/19 at 10:00 AM

to consider and act upon the following:

**66** − Creditor's Certification of Default (related document:44 Motion for Relief from Stay re: 2256 Margaret Court, Mahwah, NJ 07430. Fee Amount $ 181. filed by Creditor Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003−HE1 Mortgage Pass−Through Certificates,, 46 Order on Motion For Relief From Stay) filed by Andrew M. Lubin on behalf of Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003−HE1 Mortgage Pass−Through Certificates, Series 2003−HE1. Objection deadline is 11/6/2019. (Attachments: # 1 Schedule A & B # 2 Proposed Order # 3 Certificate of Service) (Lubin, Andrew)

**67** − Certification in Opposition to (related document:66 Creditor's Certification of Default (related document:44 Motion for Relief from Stay re: 2256 Margaret Court, Mahwah, NJ 07430. Fee Amount $ 181. filed by Creditor Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003−HE1 Mortgage Pass−Through Certificates,, 46 Order on Motion For Relief From Stay) filed by Andrew M. Lubin on behalf of Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003−HE1 Mortgage Pass−Through Certificates, Series 2003−HE1. Objection deadline is 11/6/2019. (Attachments: # 1 Schedule A & B # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003−HE1 Mortgage Pass−Through Certificates, Series 2003−HE1) filed by Robert L. Sweeney on behalf of Gina M. Ziegelhofer. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

Dated: 11/7/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Gina M. Ziegelhofer  
    Debtor

Case No. 16-11300-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 07, 2019  
                Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.  
db         Gina M. Ziegelhofer,    2256 Margaret Ct,    Mahwah, NJ   07430-3830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 08 2019 00:03:42  
         Capital One Auto Finance,    Ascension Capital Group, Inc.,    POB 201347,    Arlington, TX 76006-1347

                                                                                                                     TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:  
         Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. alex@winstonandwinston.com  
         Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003-HE1 Mortgage Pass-Through Certificates, bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
         Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003-HE1 Mortgage Pass-Through Certificates, Series 2003-HE1 bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
         Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com  
         Robert L. Sweeney    on behalf of Debtor Gina M. Ziegelhofer rsweeneylaw@aol.com, G6120@notify.cincompass.com  
         Sean M. O'Brien    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003-HE1 Mortgage Pass-Through Certificates, Series 2003-HE1 DMcDonough@flwlaw.com  
                                                                                                             TOTAL: 8