| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No.: 204021-13<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003-HE1 Mortgage Pass-Through Certificates, Series 2003-HE1 |
| In Re:<br><br>Gina M. Ziegelhofer |

Order Filed on December 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-11300-VFP
Chapter 13

Judge: Vincent F Papalia

# ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTOR

The relief set forth on the following pages, number two (2) through two (2) is hereby ORDERED

**DATED: December 3, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page (2)
Debtors **Gina M. Ziegelhofer**
Case No.: **16-11300-VFP**
Caption of Order: **ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTOR**

---

Upon the Certification of Default of Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003-HE1 Mortgage Pass-Through Certificates, Series 2003-HE1 under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to 11 U.S.C. § 362 as to Debtor, Gina M. Ziegelhofer, as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

**2256 Margaret Court, Mahwah, NJ 07430**

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

**ORDERED** that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.