Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  16−11300−VFP
                        Chapter:  13
                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gina M. Ziegelhofer
   2256 Margaret Ct
   Mahwah, NJ 07430−3830

Social Security No.:
   xxx−xx−9305

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/21/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 21, 2020
JAN: mcp

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 16-11300-VFP
Gina M. Ziegelhofer                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jan 21, 2020
                              Form ID: 148         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
```
db            Gina M. Ziegelhofer,   2256 Margaret Ct,   Mahwah, NJ   07430-3830
515962926     Bergen Anesthesia Grp,   PO Box 630,   Franklin Lakes, NJ   07417-0630
515962927     Best Buy Citibank,   Cardmember Services,   PO Box 6403,   Sioux Falls, SD   57117-6403
516077498     JPMorgan Chase Bank, N.A.,    po box 29505    Phx, AZ 85038
515962937     LCA,   PO Box 2240,   Burlington, NC   27216-2240
515962936     Lane Bryant Comenity Retail,   PO Box 659728,   San Antonio, TX   78265-9728
515962938     Lifewatch Serv,   c/o Mira Med Rev Grp Dept 77304,   PO Box 77304,   Detroit, MI   48277-0304
515962940     Neurology Grp of Bergen Cty,   c/o Remex Rev Mgt,   307 Wall St,   Princeton, NJ   08540-1515
515962941     Price Line Barclay Bank,   Card Services,   PO Box 13337,   Philadelphia, PA   19101-3337
515962943     Subaru Motors Finance -Chase,   PO Box 901037,   Fort Worth, TX   76101-2037
515962946     Valley Hospital,   c/o I kaplan Assoc,   PO Box 4022,   Roselle Park, NJ   07204-0522
515962948     Valley Phys Serv,   c/o Transworld Syt Inc,   507 Prudential Rd,   Horsham, PA   19044-2308
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 22 2020 00:33:11    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 22 2020 00:33:10    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           +EDI: AISACG.COM Jan 22 2020 05:28:00    Capital One Auto Finance,
              Ascension Capital Group, Inc.,   POB 201347,   Arlington, TX 76006-1347
515962925     EDI: RMSC.COM Jan 22 2020 05:28:00    Amazon Synchrony Bank,   PO Box 960013,
              Orlando, FL  32896-0013
515962928     EDI: BANKAMER.COM Jan 22 2020 05:28:00    BoA,   PO Box 982235,   El Paso, TX   79998-2235
516130961     EDI: BL-BECKET.COM Jan 22 2020 05:28:00    CAPITAL ONE, N.A.,   C/O BECKET AND LEE LLP,
              PO BOX 3001,   MALVERN, PA 19355-0701
515962929     EDI: CAPITALONE.COM Jan 22 2020 05:28:00    Capital One,   PO Box 30281,
              Salt Lake City, UT  84130-0281
515962930     EDI: CAPONEAUTO.COM Jan 22 2020 05:28:00    Capital One Auto Finance,   PO Box 259407,
              Plano, TX  75025-9407
515977705    +EDI: AISACG.COM Jan 22 2020 05:28:00    Capital One Auto Finance,
              c/o Ascension Capital Group,   4515 N Santa Fe Ave.,   Dept. APS,
              Oklahoma City, OK 73118-7901
515962931     EDI: CAPITALONE.COM Jan 22 2020 05:28:00    Capital One Ban,   PO Box 30281,
              Salt Lake City, UT  84130-0281
516056110     EDI: CAPITALONE.COM Jan 22 2020 05:28:00    Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC  28272-1083
515962932     E-mail/PDF: creditonebknotifications@resurgent.com Jan 22 2020 00:36:50    Credit One Bank,
              PO Box 98872,   Las Vegas, NV  89193-8872
516209167     E-mail/Text: jennifer.chacon@spservicing.com Jan 22 2020 00:33:30
              Deutsche Bank National Trust Company,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
              Salt Lake City, UT 84165-0250
515962933     EDI: BLUESTEM Jan 22 2020 05:28:00    Finger Hut,   PO Box 166,   Newark, NJ   07101-0166
515962934     EDI: RMSC.COM Jan 22 2020 05:28:00    JC Penny Synchrony Bank,   PO Box 965007,
              Orlando, FL  32896-5007
515962935     E-mail/Text: bncnotices@becket-lee.com Jan 22 2020 00:32:56    Kohls Capital One,
              Kohls Dept Store,   PO Box 3115,   Milwaukee, WI  53201-3115
516177349     E-mail/PDF: resurgentbknotifications@resurgent.com Jan 22 2020 00:36:50
              LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516177527     E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 22 2020 00:36:48    MERRICK BANK,
              Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
515962939     E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 22 2020 00:37:33
              Merrick Bank Card Services,   PO Box 9201,   Old Bethpage, NY  11804-9001
516103183    +EDI: MID8.COM Jan 22 2020 05:28:00    Midland Funding LLC,   PO Box 2011,
              Warren MI 48090-2011
516202660     EDI: PRA.COM Jan 22 2020 05:28:00    Portfolio Recovery Associates, LLC,
              c/o Barclays Bank Delaware,   POB 41067,   Norfolk, VA 23541
516201119     EDI: PRA.COM Jan 22 2020 05:28:00    Portfolio Recovery Associates, LLC,   c/o Childrens Place,
              POB 41067,   Norfolk VA 23541
516090482     EDI: Q3G.COM Jan 22 2020 05:28:00    Quantum3 Group LLC as agent for,   Comenity Bank,
              PO Box 788,   Kirkland, WA  98083-0788
516159922     EDI: Q3G.COM Jan 22 2020 05:28:00    Quantum3 Group LLC as agent for,   Sadino Funding LLC,
              PO Box 788,   Kirkland, WA  98083-0788
515962942     E-mail/Text: jennifer.chacon@spservicing.com Jan 22 2020 00:33:30    Select Portfolio Serv Inc,
              PO Box 65250,   Salt Lake City, UT  84165-0250
515962944     EDI: RMSC.COM Jan 22 2020 05:28:00    Synch Peach Direct,   PO Box 965036,
              Orlando, FL  32896-5036
515962945     EDI: CITICORP.COM Jan 22 2020 05:28:00    The Children Place Citibank,   Childre Plance CBNA,
              PO Box 6497,   Sioux Falls, SD   57117-6497
515962947     E-mail/Text: bankruptcydepartment@tsico.com Jan 22 2020 00:33:22    Valley Med Serv Inc,
              c/o Transworld S Inc,   507 Prudential Rd,   Horsham, PA  19044-2308
515962949     E-mail/Text: bankruptcydepartment@tsico.com Jan 22 2020 00:33:22    Valley Physician Serv,
              c/o Transworld Syst Inc,   507 Prudential Rd,   Horsham, PA  19044-2308
515962950     EDI: RMSC.COM Jan 22 2020 05:28:00    Walmart- Syncb,   PO Box 965024,   El Paso, TX   79998
```

```
District/off: 0312-2           User: admin              Page 2 of 2                 Date Rcvd: Jan 21, 2020
                               Form ID: 148             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                TOTAL: 30
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2020 at the address(es) listed below:

        Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. alex@winstonandwinston.com

        Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003-HE1 Mortgage Pass-Through Certificates, bkecf@milsteadlaw.com,  alubin@milsteadlaw.com

        Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003-HE1 Mortgage Pass-Through Certificates, Series 2003-HE1 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com

        Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Marie-Ann   Greenberg    magecf@magtrustee.com

        Rebecca Ann Solarz    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com

        Robert L. Sweeney    on behalf of Debtor Gina M. Ziegelhofer rsweeneylaw@aol.com, G6120@notify.cincompass.com

        Sean M. O'Brien    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee for the holders of the CDC Mortgage Capital Trust 2003-HE1 Mortgage Pass-Through Certificates, Series 2003-HE1 DMcDonough@flwlaw.com

```
                                                                                                 TOTAL: 8
```